UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTE M. ADAMS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M&C HOTEL INTERESTS, INC., a Delaware corporation, dba MILLENNIUM BILTMORE HOTEL LOS ANGELES, and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | Case No.: CV13-02730-ABC-(JCGx)<br><br>**[PROPOSED] ORDER REGARDING PARTIES' STIPULATION REGARDING DISCLOSURE OF CONFIDENTIAL INFORMATION**<br><br>Complaint filed:　March 19, 2013<br>Trial Date:　　　May 20, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has read and considered Plaintiff CHANTE M. ADAMS' and Defendants M&C HOTEL INTERESTS, INC.'S (collectively, the "Parties") Stipulation Regarding Disclosure of Confidential Information, and good cause appearing orders the Parties to comply with the terms and conditions set forth therein.

**IT IS SO ORDERED.**

Dated:  July 22, 2013                     _____
                                          Hon. Jay C. Gandhi
                                          United States Magistrate Judge

4826-2485-6340, v.  1